SCWC-14-0001160

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SCWC-14-0001160

CERTIFIED CONSTRUCTION, INC., Petitioner/Petitioner-Appellant,

vs.

COLLINS TOMEI, as Director of the Department of Finance, County
of Hawaiʻi, Respondent/Respondent-Appellee
(CIVIL NO. 14-1-0303)

---

and

SCWC-14-0001190

In the matter of CERTIFIED CONSTRUCTION, INC.,
Petitioner/Petitioner-Appellant/Appellee,

vs.

COLLINS TOMEI, as Director of the Department of Finance, County
of Hawaiʻi, Respondent/Respondent-Appellee/Appellant.
(CIVIL NO. 14-1-0200)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001160 and CAAP-14-0001190;
CIVIL NOS. 14-1-0303 and 14-1-0200)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Certified Construction,

Inc.'s application for writ of certiorari filed on April 7, 2017, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 17, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

